02-12-361-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00361-CV

 

 


 
 
 Home Owners Management Enterprises, Inc. d/b/a Home
 of Texas and Warranty Underwriters Insurance Company
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Roderick B. Scott
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 236th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants’ Motion To Dismiss.”  It is the court’s opinion
that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

 

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 February 7, 2013









[1]See Tex. R. App. P. 47.4.